*In re* Comité para la Revisión del Manual de Instrucciones al Jurado.

*Número:* EC-2017-02       *Resuelto:* 3 de marzo de 2017

## RESOLUCIÓN

Mediante Resolución de 3 de abril de 2003 designamos el Comité para la Revisión del Manual de Instrucciones al Jurado (Comité), adscrito al Secretariado de la Conferencia Judicial y Notarial (Secretariado), integrado por un grupo de profesionales del Derecho con amplia experiencia en la práctica penal. *In re Comité Revisión Manual*, 159 DPR 161 (2003).

Tras la aprobación del Código Penal en virtud de la Ley Núm. 149-2004, este Tribunal reconstituyó el Comité mediante Resolución de 1 de noviembre de 2004, *In re Comité Revisión Manual*, 163 DPR 222, 223 (2004). En aquel entonces ampliamos los trabajos del Comité para la consideración debida de las disposiciones del Código Penal. Íd., págs. 222–223.

El 2 de junio de 2006, el Comité entregó formalmente su Proyecto Final del Libro de Instrucciones al Jurado (Proyecto). Véase *In re Agrad. Miembros Comité Jurado*, 168 DPR 553 (2006). El 21 de julio de 2006 solicitamos al Secretariado que, junto con la Academia Judicial Puertorriqueña, sometiera el Proyecto a un proceso de consulta interna para que, evaluados los comentarios recibidos, remitiera sus recomendaciones a este Tribunal. Íd., págs. 553–554. En septiembre de 2008, el Secretariado presentó el *Proyecto del Libro de Instrucciones al Jurado* encomendado.

Sabido es que, mediante la Ley Núm. 146-2012, según enmendada por la Ley Núm. 246-2014 (33 LPRA sec. 5001 *et seq.*), se aprobó el Código Penal de Puerto Rico vigente. Igualmente, en el 2009 se adoptaron unas nuevas Reglas de Evidencia, 32 LPRA Ap. VI, y posterior al 2008, las Reglas de Procedimiento Criminal, 34 LPRA. Ap. II, han sido enmendadas en varias ocasiones. Ello, sumado al desarrollo jurisprudencial en torno a dichos principios o preceptos, hace necesaria la revisión del Proyecto para actualizar su contenido en conformidad con el ordenamiento penal vigente.

Con miras a descargar esta importante e indispensable encomienda, se reconstituye el Comité para la Revisión del Manual de Instrucciones al Jurado, adscrito al Secretariado, el cual estará compuesto por miembros de la Judicatura, la Academia Judicial Puertorriqueña, abogados y abogadas de la práctica privada y funcionarios públicos. Se nombran como miembros del Comité a las personas siguientes:

Hon. Julio De la Rosa Rivé, *presidente*
Hon. Wanda Cruz Ayala
Hon. Berthaida Seijo Ortiz
Lcda. Ygrí Rivera de Martínez
Lcdo. Ernesto L. Chiesa Aponte
Lcdo. Harry Anduze Montaño
Lcdo. Asdrubal Domenech Rosa
Lcdo. Félix Fumero Pugliessi
Lcdo. Héctor Quiñones Vargas
Lcdo. José Andréu Fuentes
Lcda. Bárbara M. Sanfiorenzo Zaragoza
Lcda. Alma Méndez Ríos

La Fiscal General del Departamento de Justicia o la persona a quien esta designe como su representante

El Director Ejecutivo de la Sociedad para la Asistencia Legal o la persona a quien éste designe como su representante

El Comité contará con el apoyo jurídico y técnico del Secretariado para cumplir con esta encomienda en un plazo no mayor a un año. Se faculta al Comité para crear subcomités de trabajo con el propósito de que la tarea se culmine en el término provisto.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

*(Fdo.)* Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*